UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

KYLE STEPHEN POOR

CASE NUMBER: 18-11250
CHAPTER 13

Debtor

MODIFICATION OF PLAN AFTER CONFIRMATION
PURSUANT TO 11 U.S.C. §1329(a)

The Plan confirmed on September 28, 2018, is hereby modified as follows:

1. Pursuant to 11 U. S. C. §1329 (a), the Trustee can move for modification to increase the amount of payments of a particular class provided for by the Plan.

2. SAC Finance Inc., a secured creditor, with its Court Claim #16-1 having been disallowed on January 25, 2019, as it was filed after the Bar Date, will now receive $0.00.

3. Funds originally to be paid to SAC Finance Inc., as a secured claim, will be paid pro rata to the timely filed general unsecured creditors with no creditor to receive more than 100% of their claim.

4. All other terms and conditions of the confirmed Plan remain the same.

Dated:    March 6, 2019

Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Chapter 13 Trustee
PO Box 11550
South Bend, IN 46634
(574) 254-1313