UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

KYLE STEPHEN POOR  CASE NUMBER: 18-11250
  CHAPTER 13

Debtor

MOTION FOR MODIFICATION OF PLAN
AFTER CONFIRMATION PURSUANT TO 11 U.S.C. §1329(a)

COMES NOW Debra L. Miller, Standing Chapter 13 Trustee herein, and moves the Court for an order modifying the Debtors' Chapter 13 Plan, post confirmation, and in support thereof, states as follows:

1. Pursuant to 11 U.S.C. §1329(a), the Trustee can move for modification to increase the amount of payments of a particular class provided for by the plan.

2. The Debtors filed this bankruptcy on July 6, 2018, and the Plan was confirmed on September 28, 2018.

3. The last day to timely file a claim for non-governmental entities was September 14, 2018.

4. Pursuant to the Debtors' Plan, SAC Finance Inc. is a creditor with a security interest in the Debtor's 2005 Chevrolet Trailblazer and was provided to be paid in full, with 5% interest.

5. On October 15, 2018, SAC Finance Inc. filed Court Claim #16-1 in the amount of $9,368.16, unsecured, for the Debtor's 2005 Chevrolet Trailblazer.

6. On December 18, 2018, Trustee filed an Objection to Court Claim #16-1, as the claim was filed late.

7. On January 25, 2019, the Order disallowing Court Claim #16-1 was issued, as the claim was filed after the Bar Date.

8. As Court Claim #16-1, filed by SAC Finance Inc. has been disallowed, the Trustee moves that SAC Finance Inc. will now receive $0.00 distribution from the bankruptcy estate and the funds allotted to SAC Finance Inc. will now be paid pro rata to the timely filed general unsecured creditors with no creditor to receive more than 100% of their claim.

9. All other terms and conditions of the confirmed plan remain the same.

Dated:   March 6, 2019                              Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Chapter 13 Trustee
PO Box 11550
South Bend, IN 46634
(574) 254-1313

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on  March 6, 2019  to all creditors listed on the attached matrix hereto by United States First Class Mail.

/s/ Debra L. Miller

```
Label Matrix for local noticing        Allen County Treasurer               Allen County Treasurer
0755-1                                  1 East Main Street Suite 104         PO Box 2540
Case 18-11250-reg                       Fort Wayne IN  46802-1888            Fort Wayne, IN 46801-2540
Northern District of Indiana
Fort Wayne Division
Wed Mar  6 10:56:45 EST 2019

Cameron Memorial Community Hospital     Cameron Memorial Hospital            Capital One
G. L. A. Collection Co INC              416 E Maumee St                      P.O. Box 85619
PO Box 588                              Angola, IN 46703-2001                Richmond, VA 23285-5619
Greensburg, In 47240-0588


Care Credit (SYNCB)                     Chase Auto Finance                   Communitywide Credit Union
PO box 960061                           P.O. Box 901003                      1555 West Western Avenue
Orlando, FL 32896-0061                  Fort Worth, TX 76101-2003            South Bend, IN 46619-3742



(p)G  L  A   COLLECTION CO  INC                                              Hallmark Home Mortgage
PO BOX 588                                        IRS                        7421 Coldwater Rd
GREENSBURG IN 47240-0588                       PO Box 7346                   Fort Wayne, IN 46825-3401
                                          Philadelphia, PA 19101-7346


Hallmark Home Mortgage, LLC             Hyundai Lease Titling Trust          IRS
1 Corporate Drive, Suite 360            PO Box 20825                         PO Box 7346
Lake Zurich, IL 60047-8945              Fountain Valley, CA 92728-0825       Philadelphia, PA 19101-7346



(p)INDIANA DEPARTMENT OF REVENUE        Indiana Department of Revenue        Indiana Employment Security Division
ATTN BANKRUPTCY                         PO Box 6072                          10 North Senate Street
100 N SENATE AVE                        Indianapolis, IN 46206-6072          Indianapolis, IN 46204-2201
INDIANAPOLIS IN 46204-2253



Internal Revenue Service                Kay Jewelers                         Matthew S. Love
P. O. Box 7346                          PO Box 740425                        Feiwell & Hannoy
Philadelphia, PA 19101-7346             Cincinnati, OH 45274-0425            8415 Allison POinte Blvd, Ste 400
                                                                             Indianapolis, IN 46250-4160


Midland Credit Mgmt Inc.                Midland Funding LLC                              IRS
2365 Northside Dr., #300                PO Box 2011                            575 N. Pennsylvania St.
San Diego, CA 92108-2709                Warren, MI 48090-2011                        Stop SB 380
                                                                               Indianapolis, IN 46204


Office of the IN Attorney General       Orthopaedics Northeast               Orthopaedics Northeast
Indiana Government Center South         5050 No. Clinton St.                 c/o Snow & Sauerteig LLP
302 W Washington Street, 5th Floor      Fort Wayne, IN 46825-5886            203 E Berry St Ste 1100
Indianapolis, IN 46204-4701                                                  Fort Wayne, IN 46802-2715


Parkview Health                         Parkview Hospital                    Kyle Stephen Poor
by American InfoSource LP as agent      2200 Randalia Drive                  4710 Tirol Pass
4515 N Santa Fe Ave                     Fort Wayne, IN 46805-4699            Fort Wayne, IN 46835-3461
Oklahoma City, OK 73118-7901
```



Easy Peel® Labels
Use Avery® Template 5160®

Case 18-11250-reg    Doc 40    Filed 03/06/19    Page 4 of 5

Feed Paper
Bend along line to expose Pop-Up Edge™

AVERY® 85560™

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Holly M. Ripke
4705 Illinois Rd. Suite 101
Fort Wayne, IN 46804-5108

SAC Finance
6642 St Joe Road
Fort Wayne, IN 46835-1933

Snow & Sauerteig LLP
203 East Berry St., #1100
Fort Wayne, IN 46802-2715

Star Cardmember Services
P.O. Box 790408
Saint Louis, MO 63179-0408

Star Financial
PO Box 790408
Saint Louis, MO 63179-0408

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Tamarack Civic Association
c/o Ken Campbell
4408 Thorngate Dr
Fort Wayne, IN 46835-3457

US Bank Nat'l Assoc
4325 - 17th Avenue So.
Fargo, ND 58125-6200

United States Attorney General
US Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Susan M. Woolley(LH)
Feiwell & Hannoy
8415 Allison Point Blvd, Suite 400
Indianapolis, IN 46250-4160

Susan M. Woolley(WU)
Feiwell & Hannoy
8415 Allison Point Blvd, Suite 400
Indianapolis, IN 46250-4160

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

GLA Collection
PO Box 7728
Louisville, KY 40257

Indiana Department of Revenue
Bankruptcy Section - MS 108
100 North Senate Avenue, N240
Indianapolis IN  46204

Portfolio Recovery
P.O. Box 12914
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Allen County Treasurer

(u)Hallmark Home Mortgage, LLC

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    41
Bypassed recipients     3
Total                  44

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®

Sens de chargement

Repliez à la hachure afin de
révéler le rebord Pop-Up™

www.avery.com
1-800-GO-AVERY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

KYLE STEPHEN POOR                                  CASE NUMBER: 18-11250
                                                   CHAPTER 13
Debtor

MODIFICATION OF PLAN AFTER CONFIRMATION
PURSUANT TO 11 U.S.C. §1329(a)

The Plan confirmed on September 28, 2018, is hereby modified as follows:

1. Pursuant to 11 U. S. C. §1329 (a), the Trustee can move for modification to increase the amount of payments of a particular class provided for by the Plan.

2. SAC Finance Inc., a secured creditor, with its Court Claim #16-1 having been disallowed on January 25, 2019, as it was filed after the Bar Date, will now receive $0.00.

3. Funds originally to be paid to SAC Finance Inc., as a secured claim, will be paid pro rata to the timely filed general unsecured creditors with no creditor to receive more than 100% of their claim.

4. All other terms and conditions of the confirmed Plan remain the same.

Dated:      March 6, 2019                Respectfully Submitted,

                                         /s/ Debra L. Miller, Trustee
                                         Debra L. Miller, Chapter 13 Trustee
                                         PO Box 11550
                                         South Bend, IN 46634
                                         (574) 254-1313